IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA E. NEWTON, #247144, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv779-WHA |
| | ) |
| J.C. GILES, et al., | ) (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on October 29, 2010, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the Petitioner's failure to comply with the orders of the court.

Final Judgment will be entered accordingly.

DONE this 30th day November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE