IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSHUA E. NEWTON, #247144,        )
                                  )
            Petitioner,           )
                                  )
vs.                               )   CIVIL ACTION NO. 2:10cv779-WHA
                                  )
J.C. GILES, et al.,               )           (WO)
                                  )
            Respondents.          )

**FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, Joshua E. Newton, and this case is DISMISSED without prejudice.

DONE this 30th day November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE